**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| United States of America | ) NO. | CV10-2591-PHX-MHM (DKD) |
| | ) | CR10-1020-PHX-MHM |
| Plaintiff/Respondent, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| Silverio Teran-Aguila | ) | |
| | ) | |
| Defendant/Movant. | ) | |

This action came on for consideration before the Court, and the issues having been duly considered and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that pursuant to the order entered January 7, 2011, defendant's motion pursuant to 28 U.S.C. 2255 to vacate, set aside or correct a sentence is denied and the civil action opened in connection with this motion is dismissed with prejudice.

DATED at Phoenix, Arizona, this 7th day of January, 2011.


RICHARD H. WEARE
District Court Executive/Clerk

 s/Elaine Leon
By: Deputy Clerk